

# Marilee Roberg, Esq.

| | |
|---|---|
| **Profession** | Attorney and Arbitrator |
| **Current Employer-Title** | Sole Practitioner |
| **Work History** | Attorney and Arbitrator, Private Practice, 1996-present; Of Counsel/Partner/Associate, Pedersen & Houpt, 1977-99. |
| **Experience** | Extensive experience in commercial, corporate, and securities litigation and appeals, primarily representing closely-held corporations in claims relating to contracts; shareholder/stockholder issues; rule 10b-5, fraud, and breach of fiduciary duty in connection with stock transactions; relations with suppliers, distributors, and sales representatives/agents; Uniform Commercial Code (UCC); representations and warranties; post-closing adjustments in connection with corporate acquisitions; business torts; Employee Retirement Income Security Act (ERISA); antitrust; employment discrimination; insurance issues; partnerships; and Illinois not-for-profit corporation law. |
| **Alternative Dispute Resolution Experience** | Arbitrator for the American Arbitration Association since 1984. Appointed as an arbitrator for the American Arbitration Association in more than 85 cases regarding interpretation of contract terms (including representations and warranties) in transactions involving goods, services, stock, and assets; shareholder/stockholder disputes; disputes between companies and distributors or sales representatives/agents; fraud claims; employment agreements; commission disputes; insurance coverage disputes; post-closing adjustments to the price in connection with a corporate acquisition; issues arising from the sale of a business; issues arising from the operation of a real estate limited partnership and related entities; broker/customer disputes; contractual rights and obligations of entities involved in commodities trading; and consumer disputes. Appointed in 1998 to panel of neutral appeals committee reviewers in connection with the Prudential Policyholder Remediation Plan approved by the U.S. District Court for the District of New Jersey in settlement of a nationwide class action. Resolved approximately 460 policyholder appeals by mediation and/or arbitration. Arbitrator in securities cases since 1997. Appointed to panels in approximately 35 securities industry cases involving broker/customer disputes and employment issues. Arbitrator for court-annexed arbitration program in Cook County, Illinois, since 2000. Heard more than 185 cases involving contract disputes, insurance coverage, landlord-tenant issues, and automobile collisions. |
| **Alternative Dispute Resolution Training** | AAA Principled Deliberations: Decision-Making Skills for Arbitrators (ACE8), 2014; AAA Conducting Research and Investigations: The Arbitrator's Authority (ACE9), 2014; AAA Essential Mediation Skills for the New Mediator, 2013; AAA The Extent (or Limit) of Mediator Influence, 2012; AAA Managing the Arbitration Process for Efficiency & Economy Following the Preliminary Hearing, 2012; AAA Webinar, Muscular Arbitration Series: Using Mediation Concurrent With |

*Marilee Roberg, Esq.*
Neutral ID : 97437

The ICDR/AAA provides arbitrators to parties on cases administered by the ICDR under its various Rules, which delegate authority to the ICDR on various issues, including arbitrator appointment and challenges, general oversight, and billing.  Arbitrations that proceed without ICDR/AAA administration are not considered "ICDR or AAA arbitrations," even if the parties were to select an arbitrator who is on the ICDR or AAA's Roster.

Arbitration, 2012; AAA Webinar, Muscular Arbitration Series: Fat-Free Hearings, 2012; AAA Webinar, Muscular Arbitration Series: Does this Discovery Make My Arbitration Look Fat?, 2012; AAA Webinar, Muscular Arbitration Series: Belt Tightening in the Pre-Hearing Conference, 2012; AAA Webinar, Muscular Arbitration Series: Weight Lifting - Muscular Ethics, 2012; AAA Webinar, Muscular Arbitration Series: Warm Up - Getting Started in Trim Arbitration, 2012; AAA Maximizing Efficiency & Economy in Arbitration: Challenges at the Preliminary Hearing, 2011; AAA Managing Your First Arbitration, 2011; AAA Chairing an Arbitration Panel: Managing Procedures, Process & Dynamics (ACE005), 2010; ICDR, Commercial Arbitration in North America, 2008; AAA Dealing With Delay Tactics in Arbitration (ACE004), 2007; AAA Pro Se: Managing Cases Involving Self-Represented Parties (ACE002), 2006; Center for Conflict Resolution, 40-Hour Performance-Based Mediation Skills Training, 2005; AAA Arbitrator Ethics and Disclosure (ACE003), 2005; Northwestern University, 40-hour Mediation Skills Training Program, 2005; AAA Arbitration Awards: Safeguarding, Deciding & Writing Awards (ACE001), 2004; AAA Arbitrator Update 2001; AAA Central Case Management Center, "Administrative Issues Training," 2001; AAA Commercial Arbitrator II Training: Advanced Case Management Issues, 2001; NASD Arbitration Panel Chair Training, 2000; NASD Advanced Mediation Training, 2000; AAA Commercial Arbitrator Training, 1999; AAA Sponsored Training for the Prudential Mass Claims ADR Project, 1998; NASD Arbitrator Training, 1997; AAA Securities Arbitrator Training, 1992.

**Education** — Swarthmore College (BA, with honors-1973); Case Western Reserve University (JD-1977).

**Professional Licenses** — Admitted to the Bar: Illinois, 1977; U.S. District Court, Northern District of Illinois, 1977; U.S. Court of Appeals: Seventh (1979), Third (1993), and Fourth (1999) Circuits; U.S. Supreme Court, 1994.

**Professional Associations** — American Bar Association (Section of Dispute Resolution); Illinois State Bar Association; Chicago Bar Association (Past Board of Managers; Alternative Dispute Resolution Committee, Past Chair); Women's Bar Association of Illinois; Appellate Lawyers Association.

**Citizenship** — United States of America
**Languages** — English
**Locale** — Wilmette, Illinois, United States of America

**Compensation**

| | |
|---|---|
| Hearing: | $360.00/Hr |
| Study: | $360.00/Hr |
| Travel: | $0.00/Hr |
| Cancellation: | $0.00/Hr |
| Cancellation Period: | 0 Days |
| Comment: | Including study time and pre-hearing preparation. |

*Marilee Roberg, Esq.*
Neutral ID : 97437

The ICDR/AAA provides arbitrators to parties on cases administered by the ICDR under its various Rules, which delegate authority to the ICDR on various issues, including arbitrator appointment and challenges, general oversight, and billing. Arbitrations that proceed without ICDR/AAA administration are not considered "ICDR or AAA arbitrations," even if the parties were to select an arbitrator who is on the ICDR or AAA's Roster.

*Marilee Roberg, Esq.*
*Neutral ID : 97437*

The ICDR/AAA provides arbitrators to parties on cases administered by the ICDR under its various Rules, which delegate authority to the ICDR on various issues, including arbitrator appointment and challenges, general oversight, and billing.  Arbitrations that proceed without ICDR/AAA administration are not considered "ICDR or AAA arbitrations," even if the parties were to select an arbitrator who is on the ICDR or AAA's Roster.